IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALUM-A-POLE CORPORATION, | |
| Plaintiff, | CIVIL ACTION NO. 3:11-CV-637 |
| v. | |
| BADGER LADDER, INC., | (JUDGE CAPUTO) |
| Defendant. | |

## ORDER

By Order of November 4, 2011, the Plaintiff was ordered to show cause within ten (10) days why this action should not be dismissed for failure to prosecute. Plaintiff has failed to reply. Accordingly, this case is dismissed for failure to prosecute. The Clerk of Court is directed to mark this action closed.

Date: Jany 10, 2012

A. Richard Caputo
United States District Judge